ARTHUR FORD, Administrator, *v.* PIGEON RIVER LUMBER
COMPANY.

(Filed 31 May, 1911.)

**Removal of Causes — Time for Filing Pleadings — Exceptions —
Waiver—Implied Consent to Jurisdiction.**

The right of removal of a cause from the State to the Federal
courts is waived by not excepting to an order extending the time
to file pleadings, for in not excepting the defendant is deemed to
have consented to the jurisdiction of the former court.

Appeal from *Cline, J.,* at the January Term, 1911, of Hay-
wood.

Petition for removal to Circuit Court of the United States
from Superior Court of Haywood County, his Honor, Judge
Cline, presiding.

From an order denying the petition defendant appealed.

*S. Brown Shepherd and G. W. Ferguson for plaintiff.*
*Moore & Rollins for defendant.*

Brown, J. The summons was returnable to September Term,
1910, at which term an order was made in this cause as follows:
"Plaintiff allowed forty days to file complaint; defendant has
forty days to file answer." The defendant did not except to this
order and did not move to dismiss the action for failure to file
complaint, as it had a right to do.

It may be, as contended by defendant, that a petition for re-
moval need not be presented until the complaint is filed, and the
record then discloses a removable controversy as to the sum
demanded, but under our decisions the defendant has waived his
right to remove and submitted itself to the jurisdiction of the
court by not excepting to the order we have quoted.

By failing to except to it, the defendant is taken to have con-
sented to it. *Lewis v. Steamboat Co.,* 131 N. C., 653; *Bryson v.
R. R.,* 141 N. C., 594; *Garrett v. Bean,* 144 N. C., 26.

Where an order of reference is made in a cause, and it is not
excepted to and the exception noted on the record, it is taken to
be a reference by consent, upon the principle that "silence speaks
consent," and a jury trial is thereby waived. *Driller Co. v.
Worth,* 117 N. C., 515.

Upon same principle, when the defendant takes no exception to the order extending the time within which to file complaint and answer, the order is a consent order and voluntary submission by defendant to the jurisdiction of the court and a waiver of a right to remove.

Affirmed.